# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**KRISTIE BRYAN**                                                                               **PLAINTIFF**

**v.**                                                 **CIVIL ACTION NO. 1:22-CV-00040-GHD-RP**

**CHEYENNE LEE FROST,**
**KEITH FINCH & JOHN DOES 1-10**                                           **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, being advised of an agreement between the parties, hereby dismisses the Plaintiff's complaint in this matter with prejudice.

So ORDERED, this the 11th day of August, 2023

                                                                  /s/ Glen H. Davidson
                                                                   GLEN H. DAVIDSON
                                                                   SENIOR U.S. DISTRICT JUDGE

AGREED:

/s/ E. Clark Trout
E. Clark Trout
Miss. Bar No. 102207
THE TROUT LAW FIRM, PLLC
*Attorney for Plaintiff Kristie Bryan*


/s/ Ashlyn B. Matthews
Ashlyn B. Matthews
Miss. Bar No. 104424
THE WINFIELD LAW FIRM, P.A.
*Attorney for Defendants*
*Cheyenne Lee Frost and Keith Finch*